UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. | 2:24-cv-10809-SPG-E |
| Title | TAYLOR WRIGHT v. ZWICKER & ASSOCIATES, P.C. |
| Date | January 27, 2025 |

Present: The Honorable  SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:  Not Present

Attorneys Present for Defendants:  Not Present

**Proceeding:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

Plaintiff Taylor Wright filed this action in state court on November 13, 2024, and Defendant Zwicker and Associates removed the case to federal court on December 16, 2024. Following Defendant's Answer to the Complaint on December 26, 2024, the Court issued an Order Setting a Scheduling Conference for February 5, 2025, and requiring the parties to submit a Rule 26(f) report by January 22, 2025. (ECF No. 11). On January 22, 2025, Defendant unilaterally filed the 26(f) report without Plaintiff's participation. Defendant indicated that Plaintiff "has not communicated with Defendant regarding the preparation of this Report although a copy of a draft report was mailed to him" and stated that Plaintiff has "refused" to provide either his telephone number or email address to Defendant. (ECF No. 14 at 2).

Pursuant to the Court's Standing Order for Civil Scheduling Conferences, pro se litigants are required to participate in scheduling conferences and must jointly sign the 26(f) report. Based on Defendant's representations, it appears to the Court that Plaintiff is not complying with his obligations. Accordingly, the Court, on its own motion, hereby orders Plaintiff to show cause in writing within fourteen (14) calendar days of this order why this action should not be dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Initials of Preparer  pg