UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Taylor Wright, | Case No. 24-cv-10809-SPG-E |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Zwicker & Associates, P.C., | |
| Defendant. | |

Pursuant to the Court's May 8, 2026, Order Granting Defendant Zwicker & Associates, P.C.'s Motion for Summary Judgment and Denying Plaintiff Taylor Wright's Motion for Summary Judgment, (ECF No. 53), and good cause appearing,

IT IS HEREBY ORDERED AND ADJUDICATED that Judgment shall be entered in favor of Defendant Zwicker & Associates, P.C. and against Plaintiff Taylor Wright, and Plaintiff's Complaint (ECF No. 1) shall be dismissed in its entirety, with prejudice.

IT IS FURTHER ORDERED that Defendant Zwicker & Associates, P.C., as a prevailing party on the claims asserted against it, may file a bill of costs in accordance with Federal Rule of Civil Procedure 54 and Local Rule 54.

-1-

IT IS FURTHER ORDERED that this Judgment disposes of all claims, with prejudice, in this action.

IT IS FURTHER ORDERED that this Judgment is final as to all claims.

**IT IS SO ORDERED**.

Dated:  __May 14, 2026__

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE

-2-